UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
MANZELLA, VITO                               Case No. 09-70915 MBM
                                             Chapter 7
                                             HON. MARCI B. MCIVOR

                    Debtor(s).            /


## NOTICE OF UNCLAIMED DIVIDENDS


**TO: CLERK OF THE COURT**

The attached check represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| EARNER INVESTMENTS, LLC | 30 | $167.47 |


Dated: September 21, 2011          /s/Kenneth A. Nathan
                                   Kenneth A. Nathan, Trustee (P39142)
                                   310 Franklin Center
                                   29100 Northwestern Highway
                                   Southfield, MI 48034
                                   knathantrustee@nathanzousmer.com
                                   (248) 351-0099